UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

MELISSA MITCHAM, INDIVIDUALLY,
AND AS MOTHER AND NATURAL
GUARDIAN FOR MASON MITCHAM,
        Plaintiffs,

        Civ. 07-7267

v.

LOUIS PUBLIC COMPANY LIMITED
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
        Defendants.

MOTION TO ADMIT COUNSEL

PRO HAC VICE

------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jordan D. Becker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Susan Donaldson Novins, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA  02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

Susan Donaldson Novins is a member in good standing of the Bar of the Commonwealth of Massachusetts.

There are no pending disciplinary proceedings against Susan Donaldson Novins in any State or Federal court.

Dated: November 1, 2007
New York, NY

                                      Respectfully submitted,

By: _____
Jordan D. Becker, Esquire
SDNY Bar Number: JB-3636
PADUANO & WEINTRAUB, LLP
1251 Avenue of the Americas
Ninth Floor
New York, NY 10020
(212) 785-9100

Attorney for Defendant,
EF Institute for Cultural Exchange, Inc.
d/b/a EF Educational Tours

324863.1.439701.8000