UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MELISSA MITCHAM, INDIVIDUALLY, AND
AS MOTHER AND NATURAL GUARDIAN
FOR MASON MITCHAM,
                 Plaintiffs,                           07 Civ. 7267 (WCC)

                v.                        DEFENDANT EF INSTITUTE FOR
                                        CULTURAL EXCHANGE, INC.'S
LOUIS PUBLIC COMPANY LIMITED       RULE 7.1 DISCLOSURE STATEMENT
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
                 Defendants.
-----------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of the stock of EF.

Dated: New York, New York
         November 9, 2007

                                              PADUANO & WEINTRAUB, LLP

                                    By:_____
                                        Jordan D. Becker, Esquire
                                        1251 Avenue of the Americas
                                        Ninth Floor
                                        New York, New York 10020
                                        (212) 785-9100

                                        Attorneys for Defendant,
                                        EF Institute for Cultural Exchange, Inc.
                                        d/b/a EF Educational Tours

- 2 -

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA  02481
(781) 237-4400

327068.1.439701.8000