UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
MELISSA MITCHAM, INDIVIDUALLY,
AND AS MOTHER AND NATURAL
GUARDIAN FOR MASON MITCHAM,
              Plaintiffs,

    v.

LOUIS PUBLIC COMPANY LIMITED
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
              Defendants.
------------------------------------------------------X

Civ. 07-7267 (WCC)

ECF CASE

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Jordan D. Becker, attorney for defendant, E.F. Institute for Cultural Exchange, Inc., d/b/a EF Educational Tours, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Allen, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA  02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

is admitted to practice pro hac vice as counsel for defendant, E.F. Institute for Cultural Exchange, Inc., d/b/a EF Educational Tours, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

COPIES MAILED TO COUNSEL OF RECORD 11/9/07

- 2 -

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: White Plains, NY
       Nov. 8, 2007

*William C. Conner*
Senior United States District/~~Magistrate~~ Judge

324870.1.439701.8000